**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN ANTHONY MASCARI ) | CASE NUMBER: 09-10549-JKC-13 |
| ) | |
| ) | |
| DEBTOR ) | |

## NOTICE OF FINAL CURE PAYMENT

   Pursuant to Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor has completed all payments under the plan.

Name of Creditor:  <u>BANK OF AMERICA NA</u>

### FINAL CURE AMOUNT

| Court Claim # | Trustee Claim # | Account # | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 4 | 3 | 9182 | $7,956.94 | $7,956.94 |

### MONTHLY ONGOING MORTGAGE PAYMENT

__  Mortgage was paid through the Chapter 13 conduit.

**XX**  Mortgage is paid directly by the Debtor.

   Within 21 days of service of this Notice, the creditor MUST file and serve on the Debtor, Debtor's counsel, and the Trustee, pursuant to Fed.R.Bank.P. 3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or negative escrow amounts due, and whether, consistent with § 1322(b)(5), the Debtor is otherwise current on all payments, or be subject to further action of the Court.

   The statement shall itemize the required cure or post-petition amounts, if any, that the Creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Creditor's proof of claim and is not subject to Fed.R.Bank.P. 3001(f). Failure to notify may result in sanctions.

Date:  May 30, 2013

/s/ Robert A. Brothers, Trustee
Robert A. Brothers, Trustee

## **CERTIFICATE OF SERVICE**

    I hereby certify that on Thursday, May 30, 2013, a copy of the foregoing Notice of Final Cure Payment was filed electronically.  Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System.  The party/parties may access this filing through the Court's system.

US Trustee
ustpregion10.in.ecf@usdoj.gov

SAWIN SHEA & DES JARDINES
ecf@sawinlaw.com

Kristin L. Durianski
bankruptcy@unterlaw.com

    I further certify that on Thursday, May 30, 2013, a copy of the foregoing Notice of Final Cure Payment was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

| | |
|---|---|
| BANK OF AMERICA NA<br>400 COUNTRYWIDE WAY<br>MAIL STOP SV-46<br>SIMI VALLEY, CA, 93065 | JOHN ANTHONY MASCARI<br>6655 E 52ND STREET<br>INDIANAPOLIS, IN, 46226 |

/s/ Robert A. Brothers, Trustee
Robert A. Brothers, Trustee