**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| John Anthony Mascari | : Case No.:  09-10549 |
| | : Chapter 13 |
| Debtor. | : Judge James K. Coachys |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

### AGREED ENTRY TO SETTLE MOTION FOR DETERMINATION OF FINAL CURE PAYMENT (DOCKET # 65)

COMES NOW, John Anthony Mascari, Debtor, by and through counsel and Creditor NEWBURY REO 2013, LLC, ("Creditor"), by and through its mortgage servicing agent BSI Financial Services Inc, by and through Counsel, and to resolve Debtor's Motion for Determination of Final Cure Payment hereby agree as follows:

1.  On May 30, 2013 Chapter 13 Trustee Robert Brothers filed a Notice of Final Cure Payment, Creditor filed a response on June 13, 2013 stating the loan was post-petition

1

delinquent for the months of May 2011 through May 2013 for a total amount of $11,231.25.

2. On September 4, 2013, Debtor filed a Motion for Determination of Final Cure and Payment stating the Creditor had refused to accept his payments. Debtor stated he would submit the funds to cure once an audit was completed on the mortgage loan.

3. Creditor states Debtor is currently post-petition delinquent May 1, 2011 through September 1, 2012 @ $533.13 each, October 1, 2012 through September 1, 2013 @ $431.05 each and October 1, 2013 through December 1, 2013 @ $431.33 each for a total due to Creditor in the amount of $15,529.80.

4. In order to cure the post-petition default, Debtor hereby agrees to submit a lump sum payment in the amount of $15,529.72 directly to Creditor within thirty (30) days of the entry of this agreed entry. These funds will be delivered to Creditor via certified check made out to BSI Financial Services, Inc., and delivered to BSI Financial Services, Inc., 314 S. Franklin Street, Titusville, PA 16354.

5. This agreed order hereby resolves the issues raised in Debtor's Motion for Determination.

Submitted by:

/s/ Sarah E. Willms
Sarah E. Willms (28840-64)
James E. Tebbutt (93510)
Keith Levy (6279243)
Stacey A. O'Stafy (0070386)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
kybnkr@mdk-llc.com
Attorneys for Creditor
The case attorney for this file is Sarah E. Willms.
Contact email is sew@manleydeas.com

2

/s/ Richard Shea_____
Richard Shea
Sawin, Shea & Des Jardines LLC
6100 N. Keystone Ave., Ste. 620
Indianapolis, IN  46220
Telephone:  317-255-2600
Fax:  317-255-2905
Email:  ecf@sawinlaw.com
Attorney for Debtor